IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE BAUER,<br>        Plaintiff<br><br>vs<br><br>F.B. INVESTIGATIONS,<br>et al.,<br>        Defendants | Civil Action No. 09-1250 |

## O R D E R

AND NOW, this 3rd day of June, 2010, after the plaintiff, George Bauer, filed an action in the above-captioned case, and after a motion to dismiss was submitted by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 13), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' motion to dismiss (Docket No. 10) is granted and the plaintiff's complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires

to appeal from this Order, it must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P. 3.

/s/ Arthur J. Schwab
United States District Judge